02-11-161-CR










 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-12-00312-CR 

 

 


 
 
 Lindsi K. Hudnall
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE 
 
 


 

 

------------

 

FROM Criminal
District Court No. 3 OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

----------

          We
have considered the “Motion To Dismiss Appeal” filed by appellant Lindsi K.
Hudnall, pro se.  The motion is signed by appellant.  See Tex. R. App.
P. 42.2(a) (requiring signature of appellant and attorney on motion to
dismiss). [2]  No
decision of this court having been delivered before we received this motion, we
grant the motion and dismiss the appeal.    See Tex. R. App. P. 43.2(f).

PER
CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

 

DELIVERED:  August 9, 2012









[1]See Tex. R. App. P. 47.4.





[2]Further, the trial
court’s certification states that this “is a plea-bargain case, and the
defendant has NO right of appeal.”  See Tex. R. App. P. 25.2(d),
43.2(f).